**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2400**

---

STEVEN WARD,

Plaintiff - Appellant,

versus

AMERICAN MEDICAL SYSTEMS, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-00-150-1)

---

Submitted: April 30, 2002                Decided: June 25, 2002

---

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Steven Ward, Appellant Pro Se. Andrew Scott Chamberlin, ELLIS & WINTERS, L.L.P., Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steven Ward appeals the district court's order granting summary judgment to Appellee. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Ward v. American Med. Sys., Inc.</u>, No. CA-00-150-1 (W.D.N.C. Oct. 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>